UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAILI M. SCRIVEN,

           Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

           Defendant.

CASE NO. C19-5030-MJP-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff submitted a deficient application to proceed *in forma pauperis* (IFP). (Dkt. 1.) He indicates he has no income or money, received $4,166 in the past year, and has only a cell phone bill expense. The Court cannot consider plaintiff's application without complete and detailed information as to financial status and an explanation of how he meets basic monthly expenses, including food and shelter. Plaintiff must submit a revised IFP within **twenty (20) days** of the date below. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 15th day of January, 2019.

WILLIAM M. MCCOOL, Clerk

By:   s/ Paula McNabb
        Deputy Clerk

MINUTE ORDER
PAGE - 1